THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOSEPH MARCHESE, Defendant.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MCDONALD, Appellant.—

Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MILLICI, Appellant.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MITCHELL, Appellant.—

Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.,